CAROL C. LOWE *v.* MORTON E. LOWE

KING, C. J., ALCORN, HOUSE, COTTER and RYAN, Js.

Argued November 4—decided November 6, 1969

*Sigmund L. Miller,* for the appellant-appellee (plaintiff).

*Joel C. Karp,* with whom, on the brief, were *Leonard A. Schine* and *Robert L. Julianelle,* for the appellee-appellant (defendant).

PER CURIAM. Neither the plaintiff on her appeal nor the defendant on his cross appeal has sustained the burden of showing material, prejudicial error requiring a new trial.

There is no error on either appeal.